IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| THERESE A. MCCURDY, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Commissioner of Social Security Administration, <br><br> Defendant. | CV 17-26-BU-BMM <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's Order, Doc. 17, filed this date, and in affirmation with the Commissioner's decision.

Dated this 5th day of April, 2018.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk